# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David W. Rakowski** <br> & <br> **Maricarol C. Rakowski,** <br> aka Mary Carol Rakowski, <br> aka Mary Rakowski <br><br> **Debtor(s)** | **BK NO. 16-01779 JJT** <br><br> **Chapter 7** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594