UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
DAVID W. RAKOWSKI and : Case No.: 5:16-bk-01779
MARICAROL C. RAKOWSKI, :
: Chapter 7
Debtors :

---

DAVID W. RAKOWSKI and, :
MARICAROL C. RAKOWSKI, :
:
Movants :
v. :
:
TERRY G. JONES, :
JOANN JONES and MILDRED RUSNAK, :
:
Respondents :

---

**STIPULATED SETTLEMENT AND ORDER**

---

The parties, by and through their counsel, stipulate and agree that in exchange for fair and adequate consideration, the judgment of the Respondents, Terry Jones, Joann Jones and Mildred Rusnak, filed with the Prothonotary of Luzerne County, Pennsylvania to Docket No. 2049 of 2016 is hereby avoided and extinguished pursuant to 11 U.S.C. §522(f) and shall not act as a lien against real estate owned by the Debtors or to which either has any right, title and interest, including the following:

A. The Debtors' residence at Rear 5 Crawford Road, Sweet Valley, Luzerne County, Pennsylvania as reflected by a Deed recorded in the Office of the Recorder of Deeds of Luzerne County, Pennsylvania at Deed Book 2421, Page 153, Property Identification No.: 19-G2 -00A-34C-000; and

B. Any and all right, title and interest of the Debtors in real estate once owned by Marie Rakowski, deceased, the mother of the Debtor, David Rakowski, as reflected by a prior Deed in the chain of title that was recorded in the Office of the Recorder of Deeds of Luzerne County, Pennsylvania at Deed

Book 2126, Page 1138 and by a current Deed that is recorded in the Office of the Recorder of Deeds of Luzerne County, Pennsylvania at Record Book 3017, Page 34438, Property Identification No.: J7NW2 008 008.

| | |
|---|---|
| /s/ John H. Doran | /s/ David J. Harris |
| JOHN H. DORAN, ESQUIRE | DAVID J. HARRIS, ESQUIRE |
| Doran & Doran | On Behalf of David W. Rakowski |
| On Behalf of Respondents, Terry Jones, | and Maricarol C. Rakowski |
| Joann Jones and Mildred Rusnak | |

Dated: November 29, 2017

---

### ORDER

---

It appearing that no notice is required with respect to the above Stipulated Settlement, as it affects no creditor and party-in-interest, other than the parties to the settlement, it is hereby,

ORDERED AND DECREED, that terms of the Stipulated Settlement above are approved; and

FURTHER ORDERED AND DECREED, that this Order may be recorded in the office of the Prothonotary of Luzerne County, Pennsylvania to reflect the avoidance of the liens referenced herein