```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-01779-JJT
David W. Rakowski                                               Chapter 7
Maricarol C. Rakowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini         Page 1 of 1         Date Rcvd: Nov 30, 2017
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.

```
        ++++JOHN H. DORAN ESQUIRE,   67-69 PUBLIC SQ STE 700,   WILKES BARRE PA  18701-2515
          (address filed with court:  John H. Doran Esquire,   69 Public Square Suite 700,
            Wilkes-Barre, PA 18701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:
```
        David J. Harris    on behalf of Debtor 2 Maricarol C. Rakowski dh@lawofficeofdavidharris.com,
         davidharrisesqign@gmail.com
        David J. Harris    on behalf of Debtor 1 David W. Rakowski dh@lawofficeofdavidharris.com,
         davidharrisesqign@gmail.com
        James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
        Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
         rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
        Samuel Anthony Falcone, M   on behalf of Creditor Edward   Stepanski s.falcone@ymail.com,
         safpor@yahoo.com
        Samuel Anthony Falcone, M   on behalf of Creditor Theresa   Stepanski s.falcone@ymail.com,
         safpor@yahoo.com
        United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| DAVID W. RAKOWSKI<br>MARICAROL C. RAKOWSKI | Chapter: | 7 |
| Debtor(s) | Case No.: | 5-16-bk-01779-JJT |
| DAVID W. RAKOWSKI<br>MARICAROL C. RAKOWSKI | | |
| Movant(s) | Document No.: | 50 |
| vs. | | |
| TERRY G. JONES,<br>JOANN JONES, AND<br>MILDRED RUSNAK | Nature of<br>Proceeding: | STIPULATED SETTLEMENT |
| Respondent(s) | | |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulated Settlement filed in the above-captioned bankruptcy case (Doc. #50) is approved, and **IT IS FURTHER**

**ORDERED** that this Order may be recorded in the office of the Prothonotary of Luzerne County, Pennsylvania, to reflect the avoidance of the liens referenced in the stipulated settlement, i.e., judgment docketed at Docket No. 249 of 2016.

Dated: November 30, 2017

By the Court,

_John J. Thomas, Bankruptcy Judge_
(RPR)