```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                              Case No. 16-01779-JJT
David W. Rakowski                                                   Chapter 7
Maricarol C. Rakowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini            Page 1 of 1           Date Rcvd: Dec 06, 2017
                              Form ID: orclreop         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2017.
```
db              David W. Rakowski,    5 Crawford Rd,    Sweet Valley, PA  18656-2110
4782295         Mildred K. Rusnak,    110 Pavlick Rd,    Hunlock Creek, PA  18621-4534
4782323         Terry G. Jones and JoAnn Jones,    2567 Lakeside Dr,    Harveys Lake, PA  18618-3229
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2017 at the address(es) listed below:
```
              David J. Harris    on behalf of Debtor 2 Maricarol C. Rakowski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              David J. Harris    on behalf of Debtor 1 David W. Rakowski dh@lawofficeofdavidharris.com,
               davidharrisesqign@gmail.com
              James   Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              Samuel Anthony Falcone, M   on behalf of Creditor Edward   Stepanski s.falcone@ymail.com,
               safpor@yahoo.com
              Samuel Anthony Falcone, M   on behalf of Creditor Theresa   Stepanski s.falcone@ymail.com,
               safpor@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

orclreop(05/12)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David W. Rakowski | Chapter 7 |
| Maricarol C. Rakowski<br>aka Mary Carol Rakowski, aka Mary Rakowski | Case number 5:16–bk–01779–JJT |
| **Debtor(s)** | |

### Order

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: December 6, 2017

By the Court,

*[signature]*

Honorable John J. Thomas
United States Bankruptcy Judge
By: CGambini, Deputy Clerk